# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.

MIKLYA ROSE JOHNSON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:18-mj-0022 DMC; and**
**3:19-mj-0002 DMC**

## THE DEFENDANT:

[ ] pleaded guilty to count(s): ____.
[X] pleaded nolo contendere to counts(s) _2 and 3 in Case No. 3:18-mj-0022 DMC and Count 2 in Case No. 3:19-mj-0002 DMC_ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
[X] the remaining counts are dismissed.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR 8365.1-4(b)(1) | Litter | 08/02/2018 | 2 |
| 43 CFR 2933.33(a)(1) | Fail to Pay Fee | 08/02/2018 | 3 |
| 43 CFR 8341.1(d)-CVC 23223 | Open Container of Alcohol in Vehicle | 02/17/2019 | 2 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

02/19/2019
Date of Imposition of Judgment

Dennis M. Cota, U.S. Magistrate Judge

# IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Marshal to be imprisoned for a total term of: FIFTEEN (15) DAYS.

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>five (5) years</u>.

1. During the term of probation, defendant shall comply with the standard conditions of probation as follows:

    (a)     Defendant shall not commit another federal, state or local crime; and

    (b)     Defendant shall notify the court within seventy-two hours of begin arrested; and

    (c)     Defendant shall notify the court ten days prior to any change in residence.

2. During the term of probation, defendant shall comply with the following special terms and conditions of probation as follows:

    (a)     Defendant shall not enter federal lands for a period of five (5) years including, but not limited to, lands supervised by the Bureau of Land Management; U.S. Forest Service; U.S. Park Service, Veteran's Administration.